

The ÆTNA LIFE INSURANCE COMPANY
v. Clifton C. VORIS.
No. 1898.

Circuit Court of Appeals, Tenth Circuit.
Aug. 30, 1939.

Green & Farmer, of Tulsa, Okl., for appellant.

Donald F. McMahon, of Tulsa, Okl., and D. F. Rainey, of Okmulgee, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Cause, 26 F.Supp. 722, remanded to the District Court for further proceedings pursuant to stipulation.

In Re ARCTURUS RADIO TUBE CORPORATION, Debtor.

Appeal of Nathan M. HUTNER.
No. 7054.

Circuit Court of Appeals, Third Circuit.
July 12, 1939.

Theodore N. Tarlau and Percival E. Jackson, both of New York City, and Abraham S. Bernstein, of Jersey City, N. J., for appellant.

Wm. St. John Tozer and Garey & Garey, all of New York City, for debtor.

Miller, Owen, Otis & Bailly, of New York City (Joseph F. Gillis, of New York City, of counsel), for Stockholders Protective Committee.

David L. Sprung, of New York City, for Creditors' Committee.

Before MARIS, CLARK, and BIDDLE, Circuit Judges.

PER CURIAM.

The order of the court below is affirmed.

In re Cyrus W. BEALE, Petitioner.
In re KAPPA ALPHA ALUMNI FOUNDATION, Bankrupt.
No. 4437.

Circuit Court of Appeals, Fourth Circuit.
April 6, 1939.

Cyrus W. Beale, of Richmond, Va., for petitioner.

O. R. Cunningham, Meade T. Spicer, Jr., and Aubrey W. Binns, all of Richmond, Va., in opposition to petition.

PER CURIAM.

Petition for allowance of appeal denied. Order filed.

4

John Andrew BOPP, Appellant, v. Robert H. McCAULEY, Trustee, under the Last Will and Testament of Charles McCauley, M. D Deceased, and Samuel B. Burger, Appellees.
No. 4513.

Circuit Court of Appeals, Fourth Circuit.
June 29, 1939.

No appearance for appellant.

Robert H. McCauley, of Hagerstown, Md., for appellees.

PER CURIAM.

Appeal docketed and dismissed on motion of appellees. Order filed.